In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00150-CR**
_____

**SHANTEL LYNN SCHURMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D250103-R**
_____

**MEMORANDUM OPINION**

On March 5, 2026, the trial court sentenced Shantel Lynn Schurman in Trial

Cause Number D250103-R on a lesser included offense of resisting arrest. On April

6, 2026, Schurman filed a notice of appeal. The District Clerk then sent Schurman's

notice of appeal and the trial court's certification to the Ninth Court of Appeals. The

trial court's certification, signed on March 5, 2026, states that the case "is a plea-

1

bargain case, and the defendant has NO right of appeal" and that "the defendant has waived the right of appeal."

On April 8, 2026, we notified the parties that we would dismiss the appeal unless the appellant established that the trial court's certification was incorrect. None of the parties responded to the Court's notice. Because the record lacks a certification that shows Schurman has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 12, 2026
Opinion Delivered May 13, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

2